## Bridges v. Absolute

|    | LAST             | FIRST     | SETTLEMENT AMOUNT |
|----|------------------|-----------|-------------------|
| 1  | Brandon          | Williams  | 1237.56           |
| 2  | Bridges          | Tony      | 4653.10           |
| 3  | Calderon         | Juan      | 1500.00           |
| 4  | Campbell         | Lionel    | 200.00            |
| 5  | Chairs           | Derek     | 1085.92           |
| 6  | Cusher           | Victor    | 1255.72           |
| 7  | Diaz             | Dakota    | 200.00            |
| 8  | Dunbar           | Darrell   | 200.00            |
| 9  | Dye              | Benjamin  | 1000.00           |
| 10 | Edwards          | Broderick | 1210.58           |
| 11 | Gonzalez-Vallin  | Luis      | 200.00            |
| 12 | Green, Jr.       | George    | 1024.14           |
| 13 | Knoten           | Jessie    | 1506.58           |
| 14 | Matirne          | Charles   | 200.00            |
| 15 | Poche            | Erik      | 1028.98           |
| 16 | Stovall          | Raydell   | 200.00            |
| 17 | Theophile        | Jonas     | 1516.22           |
| 18 | Tinguee          | Trenton   | 1029.80           |
| 19 | Webb             | Ganon     | 200.00            |
| 20 | Woods, Jr.       | Raymond   | 2094.30           |
|    |                  |           | **21542.90**      |